*John P. Toscano, Jr.,* for petitioner. *Robert E. Liguori,* Town Solicitor, for respondents.

Ex. No. 1566. STATE *v.* RAYMOND L. S. PATRIARCA *et al.* Motion of defendant Maurice Lerner to dismiss indictments numbered 69-767, 69-768 and 69-769 is denied. Paolino, J., did not participate. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Ronald J. Chisholm, David Berman* of Medford, Massachusetts, attorneys for Maurice Lerner, defendant.

APPEAL No. 1800. AMADEO PEREZ *et al. v.* PAWTUCKET REDEVELOPMENT AGENCY *et al.* Motion of plaintiffs for a restraining order and stay pending appeal is denied. *William J. George, Louis J. Perez,* for plaintiffs. *John F. Sherlock, Jr., Edward G. McLee,* for Pawtucket Redevelopment Agency; *Gerald J. Pouliot,* Asst. City Solicitor, for defendants.

## June 27, 1972.

M. P. No. 1750. GORDON BRYANT *v.* FOSTER-GLOCESTER REGIONAL SCHOOL COMMITTEE. Motion of respondent that records of Superior Court in C.A. 71-2903 be added to records certified under writ of certiorari is granted without prejudice to right of petitioner to renew his objection at hearing on merits. *Natale L. Urso,* for petitioner. *Bradford Gorham,* for respondent.

M. P. No. 1781. GORDON A. KILDAY *et al. v.* ANTONIO VICTORIA *et al.* Motion of petitioners granted and issuance of certificate of public convenience and necessity to Antonio Victoria is stayed pending determination of matters raised by the petition for certiorari. *Frederic A. Charleson,* for petitioners. *Cameron P. Quinn,* for Antonio Victoria; *John H. Hines, Jr.,* for Archie Smith, Chairman, and Edward W. Burman, Commissioner, Public Utilities Commission, respondents.